PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Nosakhare Imarhia

Cr.: 06-00354-002
PACTS #: 45472

Name of Sentencing Judicial Officer: THE HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/13/2007

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base

Original Sentence: 120 months imprisonment, 60 months supervised release

Special Conditions: Drug Treatment, DNA testing, Substance Abuse Testing, Special Assessment

Type of Supervision: Supervised Release                Date Supervision Commenced: 03/25/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On August 19, 2015 and August 31, 2015, the offender provided urine samples which tested positive for opiates. The samples were sent to the laboratory which confirmed the samples were positive for morphine. |

U.S. Probation Officer Action:
On August 31, 2015, the offender had an adjustment session with Supervising United States Probation Officer Kevin J. Mullens regarding his positive drug tests. He was offered substance abuse counseling, which he declined. The offender was adamant that he did not use drugs. The offender has been warned that a third positive urine sample would result in Court action and we will continue with increased urine specimen collection for monitoring of ongoing substance use.

Respectfully submitted,
By: Patrick Hattersley
U.S. Probation Officer
Date: 09/14/2015

Prob 12A – page 2
Nosakhare Imarhia

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

9/15/2015
_____
Date